# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TOMMY RAY DAVIS                                            PLAINTIFF

v.                   No. 4:21-cv-831-DPM

VAN BUREN COUNTY
DETENTION CENTER and
LUCAS EMBERTON, Sheriff, Van
Buren County, Arkansas                                DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Davis hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; instead, his mail is being returned undelivered. *Doc. 3 & 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 October 2021