IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY RAY DAVIS                                            PLAINTIFF

v.                      No. 4:21-cv-831-DPM

VAN BUREN COUNTY
DETENTION CENTER and
LUCAS EMBERTON, Sheriff, Van
Buren County, Arkansas                              DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2021